IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HONORABLE JEFFREY P. MINEHART | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | No. 17-3349 |
| | : | |
| ANN MCELHINNY, et al., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this _28th_ day of November, 2017, it is **ORDERED** that Plaintiff's Motion for Remand (ECF No. 21) is **GRANTED** and Plaintiff's request for costs in fees associated with filing this motion is **DENIED.**[1]  This action is **REMANDED** to the Court of Common Pleas of Philadelphia County.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:

---

[1] *See* Motion for Remand 5 n.1.

1